1  Usama Kahf (SBN 266443)
       E-Mail: ukahf@fisherphillips.com
2  Joseph M. Crittenden (SBN 340271)
       E-Mail: jcrittenden@fisherphillips.com
3  **FISHER & PHILLIPS LLP**
   2050 Main Street, Suite 1000
4  Irvine, California 92614
   Telephone: (949) 851-2424
5  Facsimile: (949) 851-0152

6  Darcey M. Groden (SBN 296492)
       E-Mail: dgroden@fisherphillips.com
7  **FISHER & PHILLIPS LLP**
   4747 Executive Drive, Suite 1000
8  San Diego, California 92121
   Telephone: (858) 597-9600
9  Facsimile: (858) 597-9601

10 Attorneys for Defendant
   CALL-ON-DOC.COM, INC.
11 *(erroneously sued as CALL-ON-DOC, INC.)*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually and on behalf all others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>CALL-ON-DOC, INC.,<br><br>            Defendant. | Case No: 3:24-cv-2095 GPC (KSC)<br><br>**DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>**CIV. L.R. 40.2**<br><br>Complaint Filed: November 7, 2024<br>Trial Date:      Not Set |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF JANE DOE AND HER ATTORNEYS OF RECORD:**

In accordance with Local Civil Rule 40.2, the undersigned counsel of record for Defendant Call-On-Doc.Com, Inc. (erroneously sued as Call-On-Doc, Inc.) ("Defendant") certifies that the below listed parties may have a pecuniary interest in the outcome of this case:

1. Plaintiff Jane Doe; and
2. Defendant Call-On-Doc.Com, Inc.

Dated: March 4, 2025

Respectfully submitted,

**FISHER & PHILLIPS LLP**

By: /s/ Usama Kahf
Usama Kahf
Darcey M. Groden
Joseph M. Crittenden
Attorneys for Defendant
CALL-ON-DOC.COM, INC.

**CERTIFICATE OF SERVICE**

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On March 4, 2025, I served the foregoing document entitled **DEFENDANT'S NOTICE OF PARTY WITH FINANCIAL INTEREST** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>Brittany S. Scott<br>Joshua R. Wilner<br>1990 North California Boulevard<br>9th Floor<br>Walnut Creek, CA 94596 | *Attorneys for Plaintiff*<br><br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-mail: bscott@bursor.com<br>jwilner@bursor.com |
| **BURSOR & FISHER, P.A.**<br>Philip L. Fraietta<br>1330 Avenue of the Americas<br>32nd Floor<br>New York, NY 10019 | Telephone: (646) 837-7150<br>Facsimile: (212) 989-9163<br>E-Mail: pfraietta@bursor.com |
| **DRURY LEGAL, LLC**<br>Scott R. Drury<br>6 Carriage Lane<br>Highwood, Illinois 60040 | Telephone: (312) 358-8225<br>E-mail: scott@drurylegal.com |

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed March 4, 2025, at Irvine, California.

Stephanie A. Crisp                             By: _____
Print Name                                                      Signature

1
CERTIFICATE OF SERVICE
