Usama Kahf (SBN 266443)
E-Mail: ukahf@fisherphillips.com
Joseph M. Crittenden (SBN 340271)
E-Mail: jcrittenden@fisherphillips.com
**FISHER & PHILLIPS LLP**
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Darcey M. Groden (SBN 296492)
E-Mail: dgroden@fisherphillips.com
**FISHER & PHILLIPS LLP**
4747 Executive Drive, Suite 1000
San Diego, California 92121
Telephone: (858) 597-9600
Facsimile: (858) 597-9601

Attorneys for Defendant
CALL-ON-DOC.COM, INC.
*(erroneously sued as CALL-ON-DOC, INC.)*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, individually and on behalf all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALL-ON-DOC, INC.,<br><br>Defendant. | Case No: 3:24-CV-2095 GPC (KSC)<br><br>**DEFENDANT CALL-ON-DOC.COM, INC.'S NOTICE OF MOTION TO COMPEL COMPLIANCE WITH RULE 10(A)**<br><br>[*Filed Concurrently with the Motion to Compel*]<br><br>Complaint Filed: November 7, 2024<br>Trial Date: Not Set |

**TO THE COURT, PLAINTIFF AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 13, 2025 at 1:30 p.m. or as soon thereafter as this matter may be heard in Courtroom 2D, 221 W. Broadway, San Diego, California 92101, Defendant CALL-ON-DOC.COM, INC. will and hereby does move this Court pursuant to Federal Rules of Civil Procedure, Rules 10(a) and 41(b) for an order dismissing the Complaint in its entirety for Plaintiff's failure to

proceed under her real name and that Plaintiff be required to re-file the Complaint under her real name.

Dated: March 4, 2025

Respectfully submitted,

**FISHER & PHILLIPS LLP**

By: *<u>/s/ Usama Kahf</u>*
Usama Kahf
Darcey M. Groden
Joseph M. Crittenden
Attorneys for Defendant
CALL-ON-DOC.COM, INC.

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On March 4, 2025, I served the foregoing document entitled **DEFENDANT CALL-ON-DOC.COM, INC.'S NOTICE OF MOTION TO COMPEL COMPLIANCE WITH RULE 10(A)** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>Brittany S. Scott<br>Joshua R. Wilner<br>1990 North California Boulevard<br>9th Floor<br>Walnut Creek, CA 94596 | ***Attorneys for Plaintiff***<br><br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-mail: bscott@bursor.com<br>jwilner@bursor.com |
| **BURSOR & FISHER, P.A.**<br>Philip L. Fraietta<br>1330 Avenue of the Americas<br>32nd Floor<br>New York, NY 10019 | Telephone: (646) 837-7150<br>Facsimile: (212) 989-9163<br>E-Mail: pfraietta@bursor.com |
| **DRURY LEGAL, LLC**<br>Scott R. Drury<br>6 Carriage Lane<br>Highwood, Illinois 60040 | Telephone: (312) 358-8225<br>E-mail: scott@drurylegal.com |

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed March 4, 2025, at Irvine, California.

Stephanie A. Crisp — By: [signature]

Print Name — Signature