**BURSOR & FISHER, P.A.**
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jwilner@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: 646-837-7150
Facsimile: (212) 989-9163
E-Mail: pfraietta@bursor.com

**DRURY LEGAL, LLC**
Scott R. Drury (State Bar No. 355002)
6 Carriage Lane
Highwood, Illinois 60040
Telephone: (312) 358-8225
E-mail: scott@drurylegal.com

*Attorneys for Plaintiff*

Usama Kahf (SBN 266443)
  E-Mail: ukahf@fisherphillips.com
**FISHER & PHILLIPS LLP**
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 798-2118597-9600
Facsimile: (858) 597-9601

Darcey M. Groden (SBN 296492)
  E-Mail: dgroden@fisherphillips.com
Xuan Zhou (SBN 333504)
  E-Mail: xzhou@fisherphillips.com
**FISHER & PHILLIPS LLP**
4747 Executive Drive, Suite 1000
San Diego, California 92121
Telephone: (858) 597-9600
Facsimile: (858) 597-9601

Attorneys for Defendant
CALL-ON-DOC.COM, INC.
*erroneously sued as CALL-ON-DOC, INC.*

*[CAPTION CONTINUED ON NEXT PAGE]*

1     Case No. 24-cv-02095-GPC-KSC
JOINT STATUS REPORT

FP 60683403.1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE LUCAS, individually and on behalf all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALL-ON-DOC, INC.,<br><br>Defendant. | Case No: 3:24-cv-02095-GPC-KSC<br><br>**JOINT STATUS REPORT**<br><br>Complaint Filed: November 7, 2024<br>FAC Filed: June 27, 2025<br>Trial Date: Not Set |

Pursuant to the Court Order (ECF No. 25), Plaintiff Charlie Lucas (formerly suing as Jane Doe) and Defendant Call-On-Doc.Com, Inc. (erroneously sued as Call-On-Doc, Inc.) (collectively, the "Parties"), through their counsel of record, hereby submit this Joint Status Report to advise the Court of the current status of this matter as follows:

On November 18, 2025, the Parties participated in a mediation before Judge Wayne Anderson (Ret.) with JAMS. Although the Parties did not reach an agreement on the day of mediation, the Parties have continued negotiations facilitated through Judge Andersen. At this time, the Parties continue to make meaningful progress towards resolution. However, they require additional time to complete negotiations.

Accordingly, to allow the Parties sufficient time to arrive at a final agreement, they jointly request a 60-day stay of discovery, including all associated deadlines. The Parties believe that a temporary stay will conserve resources and facilitate an efficient resolution for the proposed class. The Parties will provide a further status update within the requested 60-day period.

Dated: December 5, 2025  Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: /s/ Philip L. Fraietta
Philip L. Fraietta
Joshua R. Wilner
Attorneys for Plaintiff
CHARLIE LUCAS

Dated: December 5, 2025  Respectfully submitted,

**DRURY LEGAL, LLC**

By: /s/ Scott R. Drury
Scott R. Drury
Attorneys for Plaintiff
CHARLIE LUCAS

Dated: December 5, 2025  Respectfully submitted,

**FISHER & PHILLIPS LLP**

By: /s/ Usama Kahf
Usama Kahf
Darcey M. Groden
Xuan Zhou
Attorneys for Defendant
CALL-ON-DOC.COM, INC.

3

Case No. 24-cv-02095-GPC-KSC

JOINT STATUS REPORT

FP 60683403.1

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 4747 Executive Drive, Suite 1000, San Diego, California 92121.

On December 5, 2025 I served the foregoing document entitled **JOINT STATUS REPORT** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>Joshua R. Wilner<br>1990 North California Boulevard<br>9th Floor<br>Walnut Creek, CA 94596 | *Attorneys for Plaintiff*<br><br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-mail: jwilner@bursor.com |
| **BURSOR & FISHER, P.A.**<br>Philip L. Fraietta<br>1330 Avenue of the Americas<br>32nd Floor<br>New York, NY 10019 | Telephone: (646) 837-7150<br>Facsimile: (212) 989-9163<br>E-Mail: pfraietta@bursor.com |
| **DRURY LEGAL, LLC**<br>Scott R. Drury<br>6 Carriage Lane<br>Highwood, Illinois 60040 | Telephone: (312) 358-8225<br>E-mail: scott@drurylegal.com |

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed December 5, 2025 at San Diego, California.

Stephanie A. Crisp
Print Name

By: *[signature]*
Signature

1
CERTIFICATE OF SERVICE
FP 60683403.1